NOTICE: Summary decisions issued by the Appeals Court pursuant to M.A.C. Rule 23.0, as appearing in 97 Mass. App. Ct. 1017 (2020) (formerly known as rule 1:28, as amended by 73 Mass. App. Ct. 1001 [2009]), are primarily directed to the parties and, therefore, may not fully address the facts of the case or the panel's decisional rationale. Moreover, such decisions are not circulated to the entire court and, therefore, represent only the views of the panel that decided the case. A summary decision pursuant to rule 23.0 or rule 1:28 issued after February 25, 2008, may be cited for its persuasive value but, because of the limitations noted above, not as binding precedent. See Chace v. Curran, 71 Mass. App. Ct. 258, 260 n.4 (2008).

COMMONWEALTH OF MASSACHUSETTS

APPEALS COURT

23-P-529

CARE ONE MANAGEMENT, LLC

vs.

GLORIA BROWN.

MEMORANDUM AND ORDER PURSUANT TO RULE 23.0

The issue presented in this appeal is whether the defendant has a right to appeal from an order entered by a single justice of this court on February 17, 2023, denying her petition brought pursuant to G. L. c. 231, § 118. She does not. The Supreme Judicial Court has "stated on a number of occasions that there is no right of appeal from the denial of a petition under the first paragraph of § 118." McMenimen v. Passatempo, 452 Mass. 178, 189 (2008). Accordingly, the order entered by a different single justice on March 22, 2023, striking the defendant's

notice of appeal from the order denying her petition is affirmed.[1]

Order of the single justice
  entered on March 22, 2023,
  striking notice of appeal
  affirmed.

By the Court (Vuono,
  Hershfang & Toone, JJ.[2]),

Assistant Clerk

Entered:  March 5, 2024.

---

[1] The plaintiff's request for appellate attorney's fees and costs is denied.  The defendant's motion docketed on June 16, 2023 is also denied.
[2] The panelists are listed in order of seniority.